```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 06 B 14466
   HENRY KEITH MARQUEZ
   ANNA SUSAN MARQUEZ                         CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-0939     SSN XXX-XX-4568

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 11/06/2006 and was confirmed 01/08/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  95.00%.

     The case was dismissed after confirmation 06/09/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
EMC MORTGAGE               CURRENT MORTG    9003.82           .00        9003.82
EMC MORTGAGE               MORTGAGE ARRE    7828.93           .00            .00
PIERCE & ASSOC             NOTICE ONLY     NOT FILED          .00            .00
EMC MORTGAGE               CURRENT MORTG    3080.25           .00        3080.25
EMC MORTGAGE               MORTGAGE ARRE    2573.78           .00            .00
HOLLY LANE CONDOMINIUM     SECURED          3300.00         48.02         263.95
RICK ERICKSON              NOTICE ONLY     NOT FILED          .00            .00
ADVOCATE HEALTH CENTER     UNSECURED       NOT FILED          .00            .00
ASSET ACCEPTANCE LLC       UNSECURED         431.74           .00            .00
NCO FINANCIAL SYSTEMS      NOTICE ONLY     NOT FILED          .00            .00
CENTRIX FINANCIAL          UNSECURED       11430.23           .00            .00
CHASE                      UNSECURED       NOT FILED          .00            .00
CAPITAL MANAGEMENT SERVI   NOTICE ONLY     NOT FILED          .00            .00
CHASE                      UNSECURED       NOT FILED          .00            .00
DETEX AGENCY & ASSOCIATE   UNSECURED       NOT FILED          .00            .00
PAYDAY LOAN STORE          UNSECURED       NOT FILED          .00            .00
TURNER ACCEPTANCE          UNSECURED       NOT FILED          .00            .00
WASHINGTON MUTUAL          UNSECURED       NOT FILED          .00            .00
ER SOLUTIONS INC           UNSECURED         469.01           .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         256.00           .00            .00
PETER FRANCIS GERACI       DEBTOR ATTY      1,600.00                     1,562.22
TOM VAUGHN                 TRUSTEE                                         928.22
DEBTOR REFUND              REFUND                                             .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 14,886.48

PRIORITY                                          .00
SECURED                                     12,348.02

               PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 06 B 14466 HENRY KEITH MARQUEZ & ANNA SUSAN MARQUEZ
```

```
     INTEREST                                                      48.02
UNSECURED                                                            .00
ADMINISTRATIVE                                                  1,562.22
TRUSTEE COMPENSATION                                              928.22
DEBTOR REFUND                                                       .00
                                       ---------------    ---------------
TOTALS                                      14,886.48          14,886.48
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 09/24/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```